IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

Thomas Jones; Joseph Charles Lohfink; Sue Beavers;
Rodolfoa Rel; and Hazel Reed Thomas, on Behalf of Themselves
And Others Similarly Situated                                    Plaintiffs
v.                                                      C. A. 1:14cv447 LG-RHW
Singing River Health Services Foundation;               c/w 1:15-CV-00001-LG-RHW
Singing River Health System Foundation;                    1:15-CV-00044-LG-RHW
Singing River Hospital System Foundation, Inc.;
Singing River  Hospital System Employee Benefit Fund, Inc.;
Singing River Hospital System;
Transamerica Retirement Solutions Corporation;
KPMG, LLP; Singing River Health System                          Defendants

## ORDER  REGARDING  STIPULATION

BEFORE THE COURT is the *Stipulation Regarding Class Membership of Jessie Carl*

*Beasley, Sr., et al. and Joint Request for Entry of Order Regarding Same.* This Court finds

that undersigned Counsel for *Jones' Plaintiffs* and Counsel for the Beasleys, among others,

have reached said *Stipulation.* Therefore, the Court FINDS, ORDERS and ADJUDGES:

The Beasleys are not members of the proposed Class, were never contemplated

to be members of the Class or subject to the Settlement, are not affected by the proposed

Class or Settlement, and the Beasleys are free to proceed unimpeded with their case in

their prior-filed Case No. 2014-0230-WHM filed in The Chancery Court of George County,

MS, with the understanding that the Class and the Settlement will in no way affect the

Beasleys rights and claims and the Beasleys are therefore not bound by the proposed

Class and any proposed Settlement. Upon entry of said *Stipulation* and this Order, the

Beasleys will withdraw both their objection and their memorandum in support (Doc. Nos.

174 and 175). The Court certifies this Order as a final judgment.

SO ORDERED and ADJUDGED, on this the 16th day of May, 2016.

LOUIS GUIROLA, JR.
CHIEF UNITED STATES DISTRICT JUDGE

AGREED TO AND SUBMITTED BY:

_____
James R. Reeves, Jr. (MSB #9519)
**Attorneys for Plaintiffs,** *Jones, et al.*

_____
Steven L. Nicholas (*Admitted PHV*)


_____
John G. Corlew, Esq. (MS Bar # 6526)
Matt G. Lyons, Esq. (MS Bar # 1743)
**Attorneys for**
In Re: Roberta Clarissa Moesch Beasley, Deceased
Jessie Carl Beasley, Sr., Individually and as Administrator, Personal Representative,
Heir and Beneficiary of Roberta Clarissa Moesch Beasley, Deceased, and as Guardian For
the Use and Benefit of CMB, Minor Child, Heir and Beneficiary of Deceased,
and For All Heirs and Beneficiaries of Deceased and Beneficiaries of Within Referenced
Plans, Trusts, Contracts and Policies          Petitioner
V.                                                       **George County, MS Chancery Case No. 2014-0230**
Singing River Health System ["SRHS"],
Singing River Health System Employees' Retirement Plan and Trust ["SRHS Plan"],
The Lincoln National Life Insurance Company ["LINCOLN"],
American Heritage Life Insurance Company ["ALLSTATE" or "AHL"]
Transamerica Retirement Solutions Corporation ["TRANSAMERICA" or "TRSC]
and John Does 1-20 and Jane Does I-XX      Respondents