IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **THOMAS JONES, et al** | * | **PLAINTIFFS** |
| | * | |
| **VS.** | * | **CIVIL ACTION NO. 1:14cv447 LG-RHW** |
| | *   c/w | 1:15-cv1-LG-RHW |
| | * | 1:15-cv44-LG-RHW |
| | * | |
| **SINGING RIVER HEALTH SERVICES** | * | |
| **FOUNDATION, et al** | * | **DEFENDANTS** |

**JOINT MOTION FOR RULE 60(A) CORRECTION TO
FINAL ORDER AND JUDGMENT**

COME NOW the *Jones* Plaintiffs, individually and on behalf of the Class they represent ("*Jones* Plaintiffs"), and Defendants Singing River Health System ("SRHS"), Singing River Health Services Foundation, Singing River Health System Foundation f/k/a Coastal Mississippi Healthcare Fund, Inc., Singing River Hospital System Foundation, Inc., Singing River Hospital System Employee Benefit Fund, Inc., and Singing River Hospital System ("Other Singing River Defendants"), and Defendants Michael Heidelberg, Michael D. Tolleson, Tommy Leonard, Morris Strickland, Ira Polk, Michael Crews, Lawrence H. Cosper, Allen Cronier, Marva Fairley-Tanner, Paul Grayson Carter, Jr., Gary C. Anderson, and Stephanie Barnes Taylor ("Individual Defendants"), and hereby jointly request pursuant to Rule 60(a), Fed. R. Civ. P., that this Court make the clerical changes described below to the Order and Final Judgment (Doc. No. 300) entered on June 17, 2016.

Jackson County was incorrectly described by the parties in the order that was jointly proposed to this Court, and the purpose of this motion is to correct that clerical error.

- Page 3, paragraph (e)(1) of the Order and Final Judgment should describe Jackson County as follows: "Jackson County Board of Supervisors, Jackson

County as a political subdivision of the State of Mississippi, the individual members of the Board of Supervisors in their official capacities and in their individual capacities and for the agents and employees of Jackson County, Mississippi."

This clerical change will make the language describing Jackson County in the Order and Final Judgment (Doc. No. 300) consistent with the language in the Stipulation and Agreement (Doc. No. 163-1).

**RESPECTFULLY SUBMITTED**, this the 27th day of June, 2016.

| | |
|---|---|
| */s Jim Reeves* | */s Lucy E. Tufts* |
| JAMES R. REEVES, JR. (MS Bar #9519) | STEVEN L. NICHOLAS (*admitted pro hac vice*) |
| MATTHEW MESTAYER (MS Bar #9646) | GEORGE W. FINKBOHNER (*admitted pro hac vice*) |
| Reeves & Mestayer, PLLC | LUCY E. TUFTS (*admitted pro hac vice*) |
| Post Office Box 1388 | DAVID G. WIRTES, JR. (MS Bar #104414) |
| Biloxi, Mississippi 39533 | Cunningham Bounds, LLC |
| Telephone: (228) 374-5151 | 1601 Dauphin Street |
| Facsimile: (228) 374-6630 | Mobile, Alabama 36604 |
| jrr@rmlawcall.com | Telephone: (251) 471-6191 |
| mgm@rmlawcall.com | Facsimile: (251) 479-1031 |
| | sln@cunninghambounds.com |
| | gwf@cunninghambounds.com |
| | let@cunninghambounds.com |
| | dgw@cunninghambounds.com |

| | |
|---|---|
| */s Brett K. Williams* | */s Carly D. Duvall* |
| BRETT K. WILLIAMS (MS Bar #7224) | Carly D. Duvall (*pro hac vice*) |
| Hanson D. Horn (MS Bar # 03524) | Dentons US, LLP |
| A. Kelly Sessoms, III (MS Bar #9466) | 4520 Main Street |
| Dogan & Wilkinson, PLLC | Suite 1100 |
| 734 Delmas Avenue | Kansas City, MO 64111-7700 |
| P.O. Box 1618 | Telephone: (816) 460-2400 |
| Pascagoula, MS 39568-1618 | Facsimile: (816) 531-7545 |
| Telephone: (228) 762-2272 | |
| Facsimile: (228) 762-3223 | |

ATTORNEYS FOR DEFENDANT SINGING RIVER HEALTH SYSTEM, OTHER SINGING RIVER DEFENDANTS, MICHAEL HEIDELBERG, MORRIS STRICKLAND, IRA POLK, MICHAEL CREWS, ALLEN CRONIER, MARVA FAIRLEY-TANNER, PAUL GRAYSON CARTER, JR., MICHAEL TOLLESON, TOMMY LEONARD, LAWRENCE COSPER

*/s Roy D. Campbell, III*

Roy D. Campbell , III
BRADLEY ARANT BOULT CUMMINGS, LLP - Jackson
P.O. Box 1789
188 E. Capitol Street, Suite 400 (39201)
Jackson, MS 39215-1789
601/948-8000
Fax: 601/948-3000
Email: rcampbell@babc.com

ATTORNEY FOR GARY C. ANDERSON

*/s Pieter Teeuwissen*
Pieter Teeuwissen
PIETER TEEUWISSEN, PLLC
P. O. Box 16787
Jackson, MS 39236
601/420-1188
Fax: 601/366-2292
Email: adwoodard@bellsouth.net

ATTORNEY FOR STEPHANIE BARNES TAYLOR

## CERTIFICATE OF SERVICE

The undersigned resident attorney certifies that on this 27th day of June, 2016, a copy of the foregoing pleading has been mailed, filed via the ECF system, and/or otherwise served on all parties and/or their counsel who have appeared in this case.  Documents to additional defendants named in this pleading may be served according to the law.

I also certify that on June 27, 2016, I sent via U.S. Mail, postage-prepaid, a copy of the foregoing to the following non-CM/ECF participant:

Mary Murphy
7818 Tapp Road
Ocean Springs, Mississippi 39564

>*/s Jim Reeves*
>James R. Reeves, Jr.