IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DISTRICT

| | | |
|---|---|---|
| THOMAS JONES, et al | * | PLAINTIFF |
| | * | |
| VS. | * | CIVIL ACTION NO. 1:14cv447 LG-RHW |
| | * | c/w 1:15-cv1-LG-RHW |
| | * | 1:15-cv44-LG-RHW |
| | * | |
| SINGING RIVER HEALTH SERVICES | * | |
| FOUNDATION, et al | * | DEFENDANT |

## NOTICE OF APPEAL

By this notice, GLORIA HALL, individually and for and on behalf of all of the duly filed Objectors in the hereinabove styled cause of action and hereby **appeals to the United States Court of Appeals for the Fifth Circuit**, against The United States District Court, Southern District of Mississippi, from the Final Judgment and Order entered in this cause of action on June 17, 2016 and amended on June 23, 2016, by The Honorable Louis Guoirola, Jr., Chief District Judge.

Respectfully submitted, this the **9th** day of **August**, **2016**.

GLORIA HALL, Movant

By: s/W. Harvey Barton
W. HARVEY BARTON, #2104

W. HARVEY BARTON, MSB #2104
BARTON LAW FIRM, PLLC
3007 Magnolia Street
Pascagoula, MS 39567
Telephone: (228) 769-2070
Facsimile: (228) 769-1992
harvey@wbartonlaw.com

EARL L. DENHAM, MSB #6047
Denham Law Firm, PLLC
424 Washington Avenue
Post Office Drawer 580
Ocean Springs, MS 39564
228.875.1234 Telephone
228.875.4553 Facsimile
earl@denhamlaw.com

# CERTIFICATE OF SERVICE

I, W. HARVEY BARTON, do hereby certify that I have this day electronically filed the above and foregoing document with the Clerk of the Court utilizing the ECF system, which provides notification to all attorneys of record.

SO CERTIFIED on this the **9th** day of **August**, **2016**.

s/W. Harvey Barton
W. HARVEY BARTON, #2104


W. HARVEY BARTON, MSB #2104
BARTON LAW FIRM, PLLC
3007 Magnolia Street
Pascagoula, MS 39567
Telephone: (228) 769-2070
Facsimile: (228) 769-1992
harvey@wbartonlaw.com

EARL L. DENHAM, MSB #6047
Denham Law Firm, PLLC
424 Washington Avenue
Post Office Drawer 580
Ocean Springs, MS 39564
228.875.1234 Telephone
228.875.4553 Facsimile
earl@denhamlaw.com