# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

---

No. 16-60263

---

United States Court of Appeals
Fifth Circuit

**FILED**

January 5, 2017

Lyle W. Cayce
Clerk

Certified as a true copy and issued
as the mandate on **Jan 27, 2017**

Attest: *Lyle W. Cayce*

**Clerk, U.S. Court of Appeals, Fifth Circuit**

D.C. Docket No. 1:14-CV-447
D.C. Docket No. 1:15-CV-44

THOMAS JONES, etc.; ET AL,

      Plaintiffs

v.

SINGING RIVER HEALTH SERVICES FOUNDATION, ET AL

      Defendants

-----------------------------------------------------------------

MARTHA EZELL LOWE, individually and on behalf of a class of similarly
situated employees,

      Plaintiff - Appellee

v.

KPMG, L.L.P.,

      Defendant - Appellant

Appeal from the United States District Court for the
Southern District of Mississippi, Gulfport

Before JONES, BARKSDALE, and COSTA, Circuit Judges.

## J U D G M E N T

This cause was considered on the record on appeal and was argued by

counsel.

It is ordered and adjudged that the judgment of the District Court is affirmed.

IT IS FURTHER ORDERED that defendant-appellant pay to plaintiff-appellee the costs on appeal to be taxed by the Clerk of this Court.